

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00055-CR

**JAY WARREN ARNOLD,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2013-8-C2

## O R D E R

Appellant's Motion for En Banc Reconsideration and Recommencement of Tolling

Pending Resolution of Pre-Habeas Issue filed on March 7, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed March 21, 2018

